THE CITY OF CLEVELAND, APPELLEE, *v.* JONES, APPELLANT.

2016-Ohio-2914.]

(No. 2015–0381—Submitted February 9, 2016—Decided May 12, 2016.)

———

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, and LANZINGER, JJ., concur.

KENNEDY, FRENCH, and O'NEILL, JJ., dissent.

———

Barbara Langhenry, Cleveland Director of Law, and Bridget E. Hopp, Assistant City Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney and David Eidenmiller, Assistant Public Defenders, for appellant.

Michael DeWine, Attorney General, Eric E. Murphy, State Solicitor, and Samuel C. Peterson, Deputy Solicitor, urging affirmance for amicus curiae, Ohio Attorney General.